FILED
CLERK, U.S. DISTRICT COURT

APR 14 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16-MJ-00794 |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |
| CLANCY EARL TERRY, | |
| Defendant. | |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The Court finds no condition or combination of conditions that will reasonably assure:

    ☒    the appearance of defendant as required; and/or

    ☒    the safety of any person or the community.

//
//
//

The Court concludes:

☒ Defendant poses a risk to the safety of other persons or the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk to the safety of other persons or the community is based on:

- Instant allegation in violation petition (absconding from supervision)
- Previous violations of terms of supervised release

☒ Defendant is a risk of flight, and the Court finds that defendant has not met his burden of establishing by clear and convincing evidence that he is not such a risk. The risk of flight is based on:

- Instant allegation
- Previous violations of terms of supervised release
- No known bail resources

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 04/14/2016

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE